IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE DCH HEALTH CARE AUTHORITY, et al., | |
| Plaintiffs, | |
| v. | Case No.  1:19-cv-00756-WS-C |
| PURDUE PHARMA L.P., et al., | |
| Defendants. | |

## PLAINTIFFS' EMERGENCY MOTION TO REMAND

1.      Plaintiffs in the above-captioned removed civil action hereby move, pursuant to 28 U.S.C. § 1447(c), for this action to be remanded to the Circuit Court of Conecuh County, Alabama. As grounds for this Motion, Plaintiffs represent that there is no federal-question jurisdiction because their Complaint relies solely upon state law, and there is no jurisdiction under the Class Action Fairness Act ("CAFA") because this case is not a class action or a mass action.

2.      This Motion is made on an emergency basis because the Removing Defendants know full well this Court has no subject-matter jurisdiction, but they have an improper ulterior motive.  Numerous opioid cases such as this one have been removed on identical federal-question grounds, which were rejected by federal district courts across the country, and the cases remanded. Moreover, the assertion that there is jurisdiction under CAFA is frivolous, because CAFA only confers jurisdiction over class actions and mass actions, and this case is unmistakably not within the statutory definition of either.

3.      The Removing Defendants' improper ulterior motive is to consign this case to the morass that is otherwise known as MDL No. 2804, the opioid multidistrict litigation in the Northern District of Ohio, where an ocean of cases (over 2,000) clogs the docket and the court has

1

suspended consideration of motions to remand. The Removing Defendants' plan is for this Court to transfer this case to MDL No. 2804 with Plaintiffs' Motion to Remand pending. In this way, the Removing Defendants seek to indefinitely delay any progress in this case, including its return to state court.

4.      Plaintiffs submit that unless and until this Court determines that it has subject-matter jurisdiction, it has no power to send this case to MDL No. 2804. Many district courts have held that if a federal court has no subject matter jurisdiction over a case, it cannot transfer the case to an MDL. *Craft v. United Ins. Co. of Am.,* 2002 WL 32509283, at *1 (S.D.Miss. January 17, 2002)(collecting cases). This is because subject matter jurisdiction is the power to act. "When the court lacks subject matter jurisdiction it cannot proceed at all, but can only note the jurisdictional defect and dismiss the suit." *Cazella v. Winter,* 2007 WL 1101233, at *2 (M.D.Fla. April 12, 2007)(quotation marks omitted). And in any event, the equities favor ruling on Plaintiff's Motion to Remand before an MDL transfer.

5.      Although not directly relevant to the emergency nature of this Motion, the removal was procedurally improper because not all Defendants properly joined and served have consented to the removal. Plaintiffs address this issue in their supporting brief.

6.      Concurrently with this Motion, Plaintiffs have submitted a supporting brief addressing the issues presented.

7.      For the above reasons, the Court should summarily remand this case, or set an expedited briefing schedule.

DATED: October 18, 2019                    Respectfully Submitted,

                                           /s/ *Robert C. King*_____
                                           ROBERT C. KING
                                           KINGR5992
                                           *Attorney for All Plaintiffs*
                                           THE KING LAW FIRM, P.C.
                                           36 W. Claiborne St.
                                           Monroeville, AL 36460
                                           Telephone: (251) 575-3434
                                           Facsimile: (251) 575-3003
                                           Email: rcking@frontiernet.net

                                           /s/ *Lloyd Copeland*_____
                                           LLOYD COPELAND
                                           COPW3831
                                           *Attorney for All Plaintiffs*
                                           Taylor Martino, P.C.
                                           P.O. Box 894
                                           Mobile, AL 36601
                                           Telephone: (251) 433-3131
                                           Facsimile: (251) 405-5080
                                           E-Mail: lloyd@taylormartino.com

Steven A. Martino
*Attorney for All Plaintiffs*
TAYLOR MARTINO, P.C.
P.O. Box 894
Mobile, AL 36601
Telephone: (251) 433-3131
Facsimile: (251) 405-5080
E-Mail: stevemartino@taylormartino.com

Johnson Russell Gibson, III
*Attorney for Plaintiff The DCH*
*Health Care Authority*
JOHNSON RUSSELL GIBSON, III GIB005
Phelps, Jenkins, Gibson & Fowler, LLP
P.O. Box 020848
Tuscaloosa, AL 35402-0848
Email: RGibson@pjgf.com

John W. ("Don") Barrett
Sterling Starns
David McMullan, Jr.
Richard Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com
sstarns@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net

Jonathan W. Cuneo
Monica Miller
Mark H. Dubester
David L. Black
Jennifer E. Kelly
Evelyn Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
jonc@cuneolaw.com
monica@cuneolaw.com
mark@cuneolaw.com
dblack@cuneolaw.com
jkelly@cuneolaw.com
evelyn@cuneolaw.com

### CERTIFICATE OF SERVICE

I, Robert C. King, do hereby certify that I have on this the 6th day of March, 2017, electronically filed the foregoing with the Clerk of the Court using the CM/ECF CM/ECF system. Notice of this filing will be sent by operation of the Court's system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Thomas E. Walker (ASB-4697-E57T)
H. Eli Lightner II (ASB-0138-N71L)
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, Alabama  35203
Telephone:  (205) 323-1888
Facsimile:  (205) 323-8907
twalker@whitearnolddowd.com
elightner@whitearnolddowd.com

4

Paul J. Cosgrove
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone:  (513) 698-5000
Facsimile:  (513) 698-5001
pcosgrove@ulmer.com

Sarah Miller Benoit, Esq.
Joshua A. Klarfeld, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
614-229-0016
sbenoit@ulmer.com
jklarfeld@ulmer.com

*Attorneys for Defendants Amneal Pharmaceuticals,
Inc. and Amneal Pharmaceuticals LLC*

Sean O. Morris
ARNOLD & PORTER KAYE
SCHOLER LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Telephone:  (213) 243-4000
sean.morris@arnoldporter.com

*Attorney for Defendants Endo Health Solutions Inc.,
Endo Pharmaceuticals Inc., Par Pharmaceutical,
Inc., and Par Pharmaceuticals Companies, Inc.*

Zachary A. Ciullo
Timothy Knapp
Michael Finnegan LeFevour
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Zac.ciullo@kirkland.com
tknapp@kirkland.com
Michael.lefevour@kirkland.com

Jennifer G. Levy
KIRKLAND & ELLIS LLP

1301 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 389-5000
jennifer.levy@kirkland.com

*Attorneys for Defendants Allergan Finance, LLC,*
*Allergan Sales, LLC, and Allergan USA, Inc.*

Daniel G. Jarcho
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 239-3254
Facsimile:  (202) 239-3333
daniel.jarcho@alston.com

Cari K. Dawson
Jenny A. Hergenrother
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Telephone:  (404) 881-7000
Facsimile:  (404) 881-7777
cari.dawson@alston.com
jenny.hergenrother@alston.com

*Attorneys for Defendant Noramco, Inc.*

Scott D. Powers
David Arlington
BAKER BOTTS LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701
Telephone:  (512) 322-2500
scott.powers@bakerbotts.com
david.arlington@bakerbotts.com

Kevin M. Sadler
BAKER BOTTS LLP
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304
Telephone:  (650) 739-7500
kevin.sadler@bakerbotts.com

*Attorneys for Defendant Assertio Therapeutics, Inc.*

6

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32 Floor
Pittsburgh, PA  15219-6401
Telephone:  (412) 560-3300
wendy.feinstein@morganlewis.com

*Attorneys for Defendants Teva Pharmaceuticals
USA, Inc., Watson Laboratories, Inc., Actavis LLC,
Actavis Pharma, Inc., and Cephalon, Inc.*

John A. McCauley
VENABLE LLP
750 E. Pratt St., Ste. 900
Baltimore, MD 21202
Telephone:  (410) 244-7655
Facsimile:  (410) 244-7742
JMcCauley@Venable.com

*Attorneys for Defendants Abbott Laboratories and
Abbott Laboratories Inc.*

Traci J. Irvin
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
traci.irvin@ropesgray.com

*Attorneys for Defendants Mallinckrodt LLC and
SpecGx LLC*

Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone:  (213) 430-6000
clifland@omm.com

Christopher S. Berdy, Esq.
BUTLER SNOW
1819 5th Avenue North, Suite 1000
Birmingham, Alabama 35203
205-297-2200
Fax: 205-297-2201
Chris.berdy@butlersnow.com

*Attorney for Defendants Johnson & Johnson;*
*Janssen Pharmaceuticals, Inc.; Ortho-McNeil-*
*Janssen Pharmaceuticals, Inc. n/k/a Janssen*
*Pharmaceuticals, Inc.; and Janssen Pharmaceutica,*
*Inc. n/k/a Janssen Pharmaceuticals, Inc.*

Sela S. Blanton
Elizabeth L. Nicholson
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
The Luckie Building, Suite 415
600 Luckie Drive (35223)
P. O. Box 530886
Birmingham, AL  35253
Telephone:  (205) 879-1100
Facsimile:  (205) 879-4300
sblanton@bainbridgemims.com
bnicholson@bainbridgemims.com

*Attorneys for Defendants The Kroger Co. and*
*Kroger Limited Partnership II*

John A. Henig, Jr. (HEN019)
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street (36104)
P. O. Box 347
Montgomery, AL  36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172
henig@copelandfranco.com

**Attorney for Defendant Henry Schein, Inc.**

Enu Mainigi
Steven M. Pyser
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
emainigi@wc.com
spyser@wc.com
ahardin@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*

8

George R. Irvine, III (IRV001)
STONE CROSBY, P.C.
8820 U.S. Highway 90
Daphne, AL  36526
Telephone:  (251) 626-6696
Facsimile:  (251) 626-2617
girvin@stonecrosby.com

*Attorneys for Defendants Rite Aid of Alabama, Inc.
and Rite Aid of Maryland, Inc.*

James W. Matthews
Katy E. Koski
Ana M. Francisco
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199
Telephone:  (617) 342-4000
Facsimile:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
afrancisco@foley.com

*Attorneys for Defendant Anda, Inc.*

Christopher Lovrien
Sarah G. Conway
JONES DAY
55 S. Flower St., 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 243-2629
cjlovrien@jonesday.com
sgconway@jonesday.com

*Attorneys for Defendants Walmart Inc. and
Wal-Mart Stores East, LP*

H. Lanier Brown, II (ASB-1705-W51H)
J. Patrick Strubel (ASB-0401-J38S)
David L. Brown, Jr. (ASB-1312-I69D)
WATKINS & EAGER PLLC
1901 1st Avenue North, Suite 300
Birmingham, AL  35203
Telephone:  (205) 598-2110

9

lbrown@watkinseager.com
pstrubel@watskinseager.com
dbrown@watkinseager.com

*Attorneys for Defendants AmerisourceBergen*
*Drug Corporation and H. D. Smith, LLC*

Anne Stone Sumblin
STONE SUMBLIN LAW LLC
600 Highway 52
P. O. Box 345
Kinston, AL  36453
Telephone:  (334) 565-3380
Facsimile:  (334) 565-3076
anne@stonesumblinlaw.com

Lester C. Houtz*
Alex J. Harris*
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
Telephone:  (303) 592-3100
Facsimile:  (303) 592-3140
les.houtz@bartlitbeck.com
alex.harris@bartlitbeck.com

*Attorneys for Defendants Walgreen Co.*
*and Walgreen Eastern Co., Inc.*

Andrew P. Campbell
Cason M. Kirby
CAMPBELL PARTNERS, LLC
505 20th Street North, Suite 1600
Birmingham, AL  35203
Telephone:  (205) 224-0752
Facsimile:  (205) 383-2672
andy@campbellpartnerslaw.com
cason@campbellpartnerslaw.com

Conor B. O'Croinin
J. Michael Pardoe
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD  21202-1031
Telephone:  (410) 949-1160
Facsimile:  (410) 659-0436

10

cocroinin@zuckerman.com
mpardoe@zuckerman.com

*Attorneys for Defendants CVS Health*
*Corporation, CVS Pharmacy, Inc., and*
*CVS Indiana, L.L.C.*

John M. Potter
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94105
Telephone:  (415) 875-6600
johnpotter@quinnemanuel.com

Joseph Sarles
Jordan Alexander
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
josephsarles@quinnemanuel.com
jordanalexander@quinnemanuel.com

*Attorneys for Defendant Mark Timney*

Julie Porter
SALVATORE PRESCOTT & PORTER, PLLC
105 E. Main Street
Northville, Michigan 48167
248-679-8711
porter@spplawyers.com

*Attorney for Russell Gasdia*

Blair G. Mattei, Esq.
Michael Upchurch, Esq.
FRAZER GREENE UPCHURCH & BAKER
104 St. Francis Street, Suite 800
P. O. Box 1686 (36633)
Mobile, Alabama 36602
251-431-6020
251-431-6031 Direct
BGM@frazergreene.com
MEU@frazergreene.com

11

*Counsel for Purdue Pharma LP, Purdue Pharma, Inc. and The Purdue Frederick Company, Inc.*

Ricardo A. Woods, Esq.
BURR & FORMAN
11 N. Water Street, #22200
Mobile, Alabama 36602
251-344-5151
Rwoods@burr.com
*Counsel for Mitchell "Chip" Fisher, Lyndsie Fowler, Chris Hargrave, Brandon Hassenfuss and Joe Read*

Vanessa Weatherspoon
4621 Harvest Way
Montgomery, AL 36106-3138

Dated: October 18, 2019          /s/ Robert C. King _____
                                 ROBERT C. KING