IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| The DCH Health Care Authority, *et al.*, | |
| Plaintiffs, | Case No. 1:19-cv-00756-WS-C |
| v. | |
| Purdue Pharma L.P., *et al.*, | |
| Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for Crestwood Healthcare, L.P., Triad of Alabama, LLC, GHG of Enterprise, Inc., Affinity Hospital, LLC, Gadsden Regional Medical Center, LLC, and Foley Hospital Corporation certifies that this party is a non-governmental corporate party and that:

This party's parent corporation(s) are listed below:

Community Health Systems, Inc.

Dated: November 13, 2019.                     Respectfully submitted,

/s/ *Robert C. King*
ROBERT C. KING
KINGR5992
*Attorney for All Plaintiffs*
THE KING LAW FIRM, P.C.
36 W. Claiborne St.
Monroeville, AL 36460
Telephone: (251) 575-3434
Facsimile: (251) 575-3003
Email: rcking@frontiernet.net

/s/ *Lloyd Copeland*_____
LLOYD COPELAND
COPW3831
*Attorney for All Plaintiffs*
Taylor Martino, P.C.
P.O. Box 894
Mobile, AL 36601
Telephone: (251) 433-3131
Facsimile: (251) 405-5080
E-Mail: lloyd@taylormartino.com

Steven A. Martino
*Attorney for All Plaintiffs*
TAYLOR MARTINO, P.C.
P.O. Box 894
Mobile, AL 36601
Telephone: (251) 433-3131
Facsimile: (251) 405-5080
E-Mail: stevemartino@taylormartino.com


Johnson Russell Gibson, III
*Attorney for Plaintiff The DCH*
*Health Care Authority*
JOHNSON RUSSELL GIBSON, III GIB005
Phelps, Jenkins, Gibson & Fowler, LLP
P.O. Box 020848
Tuscaloosa, AL 35402-0848
Email: RGibson@pjgf.com

John W. ("Don") Barrett
Sterling Starns
David McMullan, Jr.
Richard Barrett
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com
sstarns@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

rrb@rrblawfirm.net


Jonathan W. Cuneo
Monica Miller
Mark H. Dubester
David L. Black
Jennifer E. Kelly
Evelyn Li
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
jonc@cuneolaw.com
monica@cuneolaw.com
mark@cuneolaw.com
dblack@cuneolaw.com
jkelly@cuneolaw.com
evelyn@cuneolaw.com


### CERTIFICATE OF SERVICE

I, Robert C. King, do hereby certify that I have on November 13, 2019, electronically filed the foregoing with the Clerk of the Court using the CM/ECF CM/ECF system. Notice of this filing will be sent by operation of the Court's system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Thomas E. Walker (ASB-4697-E57T)
H. Eli Lightner II (ASB-0138-N71L)
WHITE ARNOLD & DOWD P.C.
2025 Third Avenue North, Suite 500
Birmingham, Alabama  35203
Telephone:  (205) 323-1888
Facsimile:  (205) 323-8907
twalker@whitearnolddowd.com
elightner@whitearnolddowd.com

Paul J. Cosgrove
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
Telephone:  (513) 698-5000
Facsimile:  (513) 698-5001
pcosgrove@ulmer.com

Sarah Miller Benoit, Esq.
Joshua A. Klarfeld, Esq.
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
614-229-0016
sbenoit@ulmer.com
jklarfeld@ulmer.com

*Attorneys for Defendants Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC*

Sean O. Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Telephone:  (213) 243-4000
sean.morris@arnoldporter.com

*Attorney for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., and Par Pharmaceuticals Companies, Inc.*

Zachary A. Ciullo
Timothy Knapp
Michael Finnegan LeFevour
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Zac.ciullo@kirkland.com
tknapp@kirkland.com
Michael.lefevour@kirkland.com

Jennifer G. Levy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 389-5000
jennifer.levy@kirkland.com

*Attorneys for Defendants Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.*

Daniel G. Jarcho
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 239-3254
Facsimile: (202) 239-3333
daniel.jarcho@alston.com

Cari K. Dawson
Jenny A. Hergenrother
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
cari.dawson@alston.com
jenny.hergenrother@alston.com

*Attorneys for Defendant Noramco, Inc.*

Scott D. Powers
David Arlington
BAKER BOTTS LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701
Telephone: (512) 322-2500
scott.powers@bakerbotts.com
david.arlington@bakerbotts.com

Kevin M. Sadler
BAKER BOTTS LLP
1001 Page Mill Rd., Bldg. One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
kevin.sadler@bakerbotts.com

*Attorneys for Defendant Assertio Therapeutics, Inc.*

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32 Floor
Pittsburgh, PA 15219-6401
Telephone: (412) 560-3300
wendy.feinstein@morganlewis.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc., and Cephalon, Inc.*

John A. McCauley
VENABLE LLP
750 E. Pratt St., Ste. 900
Baltimore, MD 21202
Telephone:  (410) 244-7655
Facsimile:  (410) 244-7742
JMcCauley@Venable.com

*Attorneys for Defendants Abbott Laboratories and Abbott Laboratories Inc.*

Traci J. Irvin
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111-4006
traci.irvin@ropesgray.com

*Attorneys for Defendants Mallinckrodt LLC and SpecGx LLC*

Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone:  (213) 430-6000
clifland@omm.com

Christopher S. Berdy, Esq.
BUTLER SNOW
1819 5th Avenue North, Suite 1000
Birmingham, Alabama 35203
205-297-2200
Fax: 205-297-2201
Chris.berdy@butlersnow.com

*Attorney for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

Sela S. Blanton

Elizabeth L. Nicholson
BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
The Luckie Building, Suite 415
600 Luckie Drive (35223)
P. O. Box 530886
Birmingham, AL  35253
Telephone:  (205) 879-1100
Facsimile:  (205) 879-4300
sblanton@bainbridgemims.com
bnicholson@bainbridgemims.com

*Attorneys for Defendants The Kroger Co. and Kroger Limited Partnership II*

John A. Henig, Jr. (HEN019)
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street (36104)
P. O. Box 347
Montgomery, AL  36101-0347
Telephone:  (334) 834-1180
Facsimile:  (334) 834-3172
henig@copelandfranco.com

***Attorney for Defendant Henry Schein, Inc.***

Enu Mainigi
Steven M. Pyser
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
emainigi@wc.com
spyser@wc.com
ahardin@wc.com

*Attorneys for Defendant Cardinal Health, Inc.*


George R. Irvine, III (IRV001)
STONE CROSBY, P.C.
8820 U.S. Highway 90
Daphne, AL  36526
Telephone:  (251) 626-6696

Facsimile: (251) 626-2617
girvin@stonecrosby.com

*Attorneys for Defendants Rite Aid of Alabama, Inc.
and Rite Aid of Maryland, Inc.*

James W. Matthews
Katy E. Koski
Ana M. Francisco
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
afrancisco@foley.com

*Attorneys for Defendant Anda, Inc.*

Christopher Lovrien
Sarah G. Conway
JONES DAY
55 S. Flower St., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 243-2629
cjlovrien@jonesday.com
sgconway@jonesday.com

*Attorneys for Defendants Walmart Inc. and
Wal-Mart Stores East, LP*

H. Lanier Brown, II (ASB-1705-W51H)
J. Patrick Strubel (ASB-0401-J38S)
David L. Brown, Jr. (ASB-1312-I69D)
WATKINS & EAGER PLLC
1901 1st Avenue North, Suite 300
Birmingham, AL 35203
Telephone: (205) 598-2110
lbrown@watkinseager.com
pstrubel@watskinseager.com
dbrown@watkinseager.com

*Attorneys for Defendants AmerisourceBergen
Drug Corporation and H. D. Smith, LLC*

Anne Stone Sumblin
STONE SUMBLIN LAW LLC
600 Highway 52
P. O. Box 345
Kinston, AL  36453
Telephone:  (334) 565-3380
Facsimile:  (334) 565-3076
anne@stonesumblinlaw.com

Lester C. Houtz*
Alex J. Harris*
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
Telephone:  (303) 592-3100
Facsimile:  (303) 592-3140
les.houtz@bartlitbeck.com
alex.harris@bartlitbeck.com

*Attorneys for Defendants Walgreen Co. and Walgreen Eastern Co., Inc.*

Andrew P. Campbell
Cason M. Kirby
CAMPBELL PARTNERS, LLC
505 20th Street North, Suite 1600
Birmingham, AL  35203
Telephone:  (205) 224-0752
Facsimile:  (205) 383-2672
andy@campbellpartnerslaw.com
cason@campbellpartnerslaw.com

Conor B. O'Croinin
J. Michael Pardoe
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD  21202-1031
Telephone:  (410) 949-1160
Facsimile:  (410) 659-0436
cocroinin@zuckerman.com
mpardoe@zuckerman.com

*Attorneys for Defendants CVS Health Corporation, CVS Pharmacy, Inc., and CVS Indiana, L.L.C.*

John M. Potter
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94105
Telephone:  (415) 875-6600
johnpotter@quinnemanuel.com

Joseph Sarles
Jordan Alexander
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
josephsarles@quinnemanuel.com
jordanalexander@quinnemanuel.com

*Attorneys for Defendant Mark Timney*

Julie Porter
SALVATORE PRESCOTT & PORTER, PLLC
105 E. Main Street
Northville, Michigan 48167
248-679-8711
porter@spplawyers.com

*Attorney for Russell Gasdia*

Blair G. Mattei, Esq.
Michael Upchurch, Esq.
FRAZER GREENE UPCHURCH & BAKER
104 St. Francis Street, Suite 800
P. O. Box 1686 (36633)
Mobile, Alabama 36602
251-431-6020
251-431-6031 Direct
BGM@frazergreene.com
MEU@frazergreene.com
*Counsel for Purdue Pharma LP, Purdue Pharma, Inc. and The Purdue Frederick Company, Inc.*

Ricardo A. Woods, Esq.
BURR & FORMAN
11 N. Water Street, #22200
Mobile, Alabama 36602

                                                251-344-5151
                                                Rwoods@burr.com
                                                *Counsel for Mitchell "Chip" Fisher, Lyndsie Fowler, Chris Hargrave, Brandon Hassenfuss and Joe Read*

                                                  Vanessa Weatherspoon
                                                4621 Harvest Way
                                                Montgomery, AL 36106-3138

Dated: November 13, 2019          /s/ Robert C. King
                                                ROBERT C. KING